✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:21-CR-00063-007 (MTT) |
| **JOSEPH DAY** | |

On February 27, 2023, Joseph Day was sentenced to 46 months imprisonment for the offense of Distribution of Cocaine Base in violation of Title 21 U.S.C. § 841(a)(1), 21 U.S.C § 841(b)(1)(C), and 18 U.S.C. § 2. The Court ordered Day to serve three years on supervised release upon the completion of his term of imprisonment. On November 22, 2024, the supervised release period of 36 months commenced.

Joseph Day has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Joseph Day be discharged from supervision.

Respectfully submitted,

*Megan A. Howe*

Megan A. Howe
U.S. Probation Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___21st___ day of _____July_____, 2026.

s/ Marc T. Treadwell

MARC T. TREADWELL
U.S. DISTRICT JUDGE